**Continuing Abatement Order filed November 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00913-CV
_____

**LEON THOMAS, Appellant**

**V.**

**CHANDRA JONES, Appellee**

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Court Cause No. A-189,572-A**

## CONTINUING ABATEMENT ORDER

This is an appeal from a partial summary judgment granted in favor of Chandra Jones, which was made final by an order of severance. Jones sued appellant for personal injuries after an automobile accident. After Santa Fe Auto Insurance Company, appellant's insurer, was placed into receivership by the State of Texas and later declared insolvent, the appeal was abated pursuant to the Texas Insurance Code. *See* Tex. Ins. Code §§ 443.008(d); 462.309. The period for a stay of as set out in Section 462.309 has expired. Unless any party files a response

within fifteen days of the date of this order demonstrating that the stay has been extended or other good cause for extending the abatement, the appeal will be reinstated.


PER CURIAM